IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **MANUEL VEGA AND** | § | |
| **SYLVIA VEGA** | § | |
|     **Plaintiffs** | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00047 |
| | § | |
| **LIBERTY INSURANCE** | § | |
| **CORPORATION** | § | |
|     **Defendant** | § | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs Manuel Vega and Sylvia Vega and Defendant Liberty Insurance Corporation, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**APPROVED:**

*[signature: Lory Sopchak]*

Larry W. Lawrence, Jr.
Stare Bar No. 00794145
Michael Lawrence
State Bar No. 24055826
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
Telephone: (956) 994-0057
Facsimile: (800) 507-4152
Lawrencefirm@gmail.com

Lory Sopchak
State Bar No. 24076706
Dan Cartwright
State Bar No. 03942500
CARTWRIGHT LAW FIRM, LLP
1300 Post Oak Blvd., Suite 760
Houston, Texas 77056
Telephone: (713) 840-0950
Facsimile: (713) 840-0046
lory@dcartwrightlaw.net

*Counsel for Plaintiff*

_____
David R. Stephens
State Bar No. 19146100
Southern District Bar No. 21360
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com

Of Counsel:

Christiana Dijkman
State Bar No. 00783967
Southern District Bar No. 15565
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
cdijkman@lstlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Southern District of Texas, McAllen Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this 3rd day of November, 2017, addressed to those who do not receive notice from the Clerk of the Court.

    Larry W. Lawrence, Jr.
    Michael Lawrence
    LAWRENCE LAW FIRM
    3112 Windsor Rd., Suite A234
    Austin, Texas 78703

    Dan Cartwright
    Lory Sopchak
    CARTWRIGHT LAW FIRM, LLP
    1300 Post Oak Blvd., Suite 760
    Houston, Texas 77056

                                                    David R. Stephens