IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANUEL VEGA AND | § | |
| SYLVIA VEGA | § | |
|     Plaintiffs | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00047 |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION | § | |
|     Defendant | § | |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs.

Del Rio, Texas this _____ day of _____, 2017.

_____
United States District Judge