United States District Court
Southern District of Texas
**ENTERED**
December 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MANUEL VEGA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-47 |
| | § | |
| LIBERTY INSURANCE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On November 11, 2017, Plaintiffs Manuel Vega and Sylvia Vega and Defendant Liberty Insurance Corporation filed a Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Dkt. No. 9). As the requirements of Rule 41(a) have been met, the Court hereby **ORDERS** that Defendant Liberty Insurance Corporation be **DISMISSED** with prejudice from this case, each party to bear its own costs.

SO ORDERED this 7th day of December, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge